Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendant:
GENERAL REINSURANCE CORP.
i/s/h/a GENERAL RE SERVICES CORP.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X   21 MC 102 (AKH)

PEDRO TAMAYO (AND WIFE GABRIELLA, TAMAYO),   Index No.: 07-CV-1538

                  Plaintiff(s),   **NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT**

  -against-   **ELECTRONICALLY FILED**

4101 AUSTIN BLVD CORPORATION,
*ET. AL.*,

              Defendant(s).
------------------------------------------------------------X

    PLEASE TAKE NOTICE that Defendant, GENERAL REINSURANCE CORP. i/s/h/a GENERAL RE SERVICES CORP., by its attorneys, McGIVNEY & KLUGER, P.C., as and for its Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopts its Answer to Master Complaint dated August 1, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

    WHEREFORE, the defendant, GENERAL REINSURANCE CORP. i/s/h/a GENERAL RE SERVICES CORP., demands judgment dismissing the above-captioned action as against it,

together with its costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       January 8, 2008

                          Yours etc.,

                          McGIVNEY & KLUGER, P.C.
                          Attorneys for Defendant
                          GENERAL REINSURANCE CORP. i/s/h/a
                          GENERAL RE SERVICES CORP.

                          By: _____
                             Richard E. Leff (RL-2123)
                             80 Broad Street, 23rd Floor
                             New York, New York 10004
                             (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
         Plaintiffs Liaison
         In Re Lower Manhattan Disaster Site
         Litigation
         115 Broadway, 12th Floor
         New York, New York 10006
         (212) 267-3700

         All Defense Counsel