Richard E. Leff, Esq. (RL-2123)
McGIVNEY & KLUGER, P.C.
80 Broad Street, 23rd Floor
New York, New York 10004
(212) 509-3456

Attorneys for Defendants:
90 CHURCH STREET LIMITED PARTNERSHIP
and BOSTON PROPERTIES, INC.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X    21 MC 102 (AKH)

PEDRO TAMAYO (AND WIFE, GABRIELLA TAMAYO),    Index No.: 07-CV-1538

                       Plaintiff(s),    **NOTICE OF ADOPTION OF ANSWER TO MASTER COMPLAINT**

   -against-    **ELECTRONICALLY FILED**

4101 AUSTIN BLVD CORPORATION, *et al.*,

                       Defendant(s).
------------------------------------------------------------X

PLEASE TAKE NOTICE that Defendants, 90 CHURCH STREET LIMITED PARTNERSHIP and BOSTON PROPERTIES, INC., by their attorneys, McGIVNEY & KLUGER, P.C., as and for their Response to the allegations set forth in the Complaint by Adoption (Check-Off Complaint) Related to the Master Complaint filed in the above-referenced action, hereby adopt their Answer to Master Complaint dated August 2, 2007, which was filed in the matter of *In Re World Trade Center Lower Manhattan Disaster Site Litigation*, 21 MC 102 (AKH).

WHEREFORE, the defendants, 90 CHURCH STREET LIMITED PARTNERSHIP and BOSTON PROPERTIES, INC., demand judgment dismissing the above-captioned action as against them,

together with their costs and disbursements and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       January 8, 2008

                    Yours etc.,

                    McGIVNEY & KLUGER, P.C.
                    Attorneys for Defendants
                    90 CHURCH STREET LIMITED PARTNERSHIP
                    and BOSTON PROPERTIES, INC.

                    By: _____
                    Richard E. Leff (RL-2123)
                    80 Broad Street, 23rd Floor
                    New York, New York 10004
                    (212) 509-3456

TO:    WORBY GRONER & NAPOLI BERN, LLP
        Plaintiffs Liaison
        In Re Lower Manhattan Disaster Site Litigation
        115 Broadway, 12th Floor
        New York, New York 10006
        (212) 267-3700

        All Defense Counsel