UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                   :

IN RE WORLD TRADE CENTER LOWER       :   21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION    :

-----------------------------------------------------------------X

PEDRO TAMAYO (AND WIFE, GABRIELLA   :   07-CV-01538-AKH
TAMAYO),
                   Plaintiffs,

                                                     :   **APPEARANCE**

  - against -                                      :   **ELECTRONICALLY FILED**

4101 AUSTIN BLVD CORPORATION, *et al.*,   :

                   Defendants.   :
-----------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**MERRILL LYNCH & CO., INC.**

I certify that I am admitted to practice in this court.


Dated: New York, New York          DICKSTEIN SHAPIRO LLP
       January 18, 2008

                         By:     /s/ Judith R. Cohen
                                       _____
                                    Judith R. Cohen (JC-8614)
                                    1177 Avenue of the Americas
                                    New York, New York 10036
                                    Phone: (212) 277-6500
                                    Fax: (212) 277-6501

                                    *Attorney for Defendant*
                                    MERRILL LYNCH & CO., INC.

DOCSNY-287506